FILED
08 JAN -9 PM 3:19

BY: _PPL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 0092 DMS |
| Plaintiff, | INDICTMENT |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| BENJAMIN DANIEL WILLIAMS (1), NATHANIEL GREGORY WILLIAMS (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about December 22, 2007, within the Southern District of California, defendants BENJAMIN DANIEL WILLIAMS and NATHANIEL GREGORY WILLIAMS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 52.52 kilograms (115.54 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

WDK:em:Imperial
1/8/08

<u>Count 2</u>

On or about December 22, 2007, within the Southern District of California, defendants BENJAMIN DANIEL WILLIAMS and NATHANIEL GREGORY WILLIAMS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 52.52 kilograms (115.54 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: January 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney