**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed defendant's Notice of Motions and Motions for (1) discovery; and (2) to file Further Motions with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: January 11, 2008         */s/ Stephen P. White*
                                STEPHEN P. WHITE, ESQ.
                                Attorney for Defendant