```
KAREN P. HEWITT
United States Attorney
A. DALE BLANKENSHIP
Assistant U.S. Attorney
California State Bar No. 235960
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6199/(619) 235-2757 (Fax)
Email: Dale.Blankenship@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>              Plaintiff,                )<br>                                        )<br>                                        )<br>                                        )<br> BENJAMIN DANIEL WILLIAMS(1),           )<br> NATHANIEL GREGORY WILLIAMS(2),         )<br>              Defendants.               )<br> _____) | Criminal Case No. 08CR0092-DMS<br><br>DATE:   February 15, 2008<br>TIME:   11:00 A.m.<br><br>GOVERNMENT'S NOTICE OF MOTION<br>AND MOTION FOR RECIPROCAL<br>DISCOVERY |

<u>NOTICE OF MOTIONS</u>

    TO:   Joseph Milchen, Esq., Counsel for defendant BENJAMIN DANIEL WILLIAMS (1); and
           Stephen P. White, Esq., Counsel for defendant NATHANIEL GREGORY WILLIAMS.

PLEASE TAKE NOTICE  that on Friday, February 15, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

//
//
//
//

<u>MOTIONS</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED:    February 9, 2008.

             Respectfully submitted,

             KAREN P. HEWITT
             United States Attorney


             <u>s/ A. Dale Blankenship</u>
             A. DALE BLANKENSHIP
             Assistant United States Attorney
             Attorneys for Plaintiff
             United States of America
             Email: Dale.Blankenship@usdoj.gov