Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0092 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| Defendant. | ) | |

Joseph Milchen certifies as follows:

On June 16, 2008 I electronically served the Joint Motion to Continue the Sentencing Hearing Date on Assistant U.S. Attorney Dale Blankenship, and on co-counsel Stephen Patrick White.

Dated: June 16, 2008                    s/Joseph Milchen_____
                                        Joseph Milchen
                                        Attorney for Defendant
                                        Benjamin Daniel Williams