1 **STEPHEN P. WHITE**
Attorney at Law
2 *California State Bar No. 125276*
101 W. Broadway, Suite 1950
3 San Diego, California 92101
Telephone: (619) 702-3753
4 Fax: (619) 238-9914

5 Attorney for Defendant
Nathaniel Gregory Williams
6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 (HONORABLE DANA M. SABRAW, JUDGE)

11 UNITED STATES OF AMERICA,        )    Criminal Case No. 08cr-0092 (DMS)
                                    )
12              Plaintiff,           )    **JOINT MOTION TO CONTINUE**
                                    )
13       v.                         )
                                    )
14 NATHANIEL GREGORY WILLIAMS,      )
                                    )
15              Defendant.           )
                                    )
16

17       **COMES NOW** the defendant Nathaniel Gregory Williams, by and through his counsel,

18 Stephen P. White, and the plaintiff, UNITED STATES OF AMERICA, through its counsel

19 Karen P. Hewitt and A. Dale Blankenship, United States Assistant Attorney, and jointly move

20 the court to continue the Sentencing Date of defendant Nathaniel Gregory Williams, in the

21 above-entitled cause before Honorable Dana M. Sabraw, United States District Court Judge,

22 from Friday, June 20, 2008 at 9:00 a.m. to Friday, July 18, 2008 at 9:00 a.m.

23       This motion is based on the following grounds:  The defendant is assembling documents

24 to be submitted in a Sentencing Memorandum which will aid the court at the time of Sentencing.

25       The Untied States Attorney, A. Dale Blankenship, has been contacted and joins in this

26 motion.

27       The defendant is presently out on bond and will file an Acknowledgment of the new

28 sentencing court date .

1 | Counsel for defendant, Stephen P. White, certifies that the content of this document is
2 | acceptable to all persons required to sign the document and obtained the authorization for the
3 | electronic signature of all parties on this document.

Dated: June 17, 2008

    */s/Stephen P. White*
STEPHEN P. WHITE
Attorney for Defendant
Nathaniel Gregory Williams

UNITED STATES OF AMERICA

Dated: June 17, 2008

    */s/ A. Dale Blankenship*
A. DALE BLANKENSHIP
Assistant United States Attorney