**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I electronically filed Defendant's Joint Motion to Continue with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: June 17, 2008                     _/s/ Stephen P. White_____
                                         STEPHEN P. WHITE, ESQ.
                                         Attorney for Defendant