**STEPHEN P. WHITE**
Attorney at Law
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Nathaniel Gregory Williams

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr-0092 (DMS) |
| Plaintiff, ) | **ORDER FOR CONTINUANCE** |
| v. ) | |
| NATHANIEL GREGORY WILLIAMS, ) | |
| Defendant. ) | |

   **IT IS HEREBY ORDERED** that the Acknowledgment of New Sentencing date will be filed and the court finds time excludable, and that the sentencing hearing presently set for Friday, June 20, 2008, at 9:00 a.m. be continued until Friday, July 18, 2008, at 9:00 a.m.

   **IT IS SO ORDERED.**

DATED: 6-17-08

_____
DANA M. SABRAW
UNITED STATES DISTRICT COURT JUDGE