**STEPHEN P. WHITE**
Attorney at Law
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Nathaniel Gregory Williams

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>NATHANIEL GREGORY WILLIAMS,<br><br>                    Defendant. | Criminal Case No. 08cr-0092 (DMS)<br><br>ACKNOWLEDGMENT OF<br>COURT DATE BY DEFENDANT |

The defendant, NATHANIEL GREGORY WILLIAMS, hereby acknowledges that his court date for his sentencing scheduled to take place on June 20, 2008 at 9:00 a.m., has been continued and is now scheduled to take place on July 18, 2008 at 9:00 a.m. before Hon. Judge Dana M. Sabraw.

Dated: 6-17-08

_____
NATHANIEL GREGORY WILLIAMS