**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed Defendant's Acknowledgment of Next Court Date by Defendant with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                        Respectfully submitted,

DATED: June 19, 2008　　　　　　　　　　　*/s/ Stephen P. White*
　　　　　　　　　　　　　　　　　　　　　STEPHEN P. WHITE, ESQ.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant