**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2008, I electronically filed Defendant's Joint Motion to Travel with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

Respectfully submitted,

DATED: June 23, 2008

    /s/ Stephen P. White
STEPHEN P. WHITE, ESQ.
Attorney for Defendant