**STEPHEN P. WHITE**
Attorney at Law
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Nathaniel Gregory Williams

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08cr-0092 (DMS) |
| Plaintiff, | ) **ORDER TO TRAVEL** |
| v. | ) |
| NATHANIEL GREGORY WILLIAMS, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, based upon the foregoing Motion, that the travel restrictions previously set for defendant Nathaniel Gregory Williams in the above-entitled cause be modified and enlarged to permit the defendant to travel to Idyllwild, California on Friday, June 27, 2008 through Monday, June 30, 2008.

**IT IS SO ORDERED.**

DATED: June 25, 2008

_____
HON. DANA M. SABRAW
United States District Judge